**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL EARL CROWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANGIE HAMILTON,<br>MENDOCINO COUNTY CODE<br>ENFORCEMENT OFFICER,<br><br>　　　　Defendant.<br>_____/ | No. 13-02122 RS<br><br>**ORDER DISMISSING ACTION** |

In October of 2013, the complaint in this action was dismissed, with leave to amend. Plaintiff was expressly advised that if no amended complaint were filed by November 15, 2013, the action would be dismissed without further notice. No amended complaint or other response to the order has been filed. Accordingly, this action is dismissed and the Clerk shall close the file.

IT IS SO ORDERED

Dated: 12/19/13

　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE